**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **BURUJI KASHAMU,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CASE NO. 15 C 3159** |
| **v.** ) | |
| ) | |
| **ERIC HOLDER, Attorney General of the United States** ) | |
| **in his official capacity only; THE UNITED STATES** ) | **JUDGE COLEMAN** |
| **DEPARTMENT OF JUSTICE; JAMES COMEY,** ) | **MAGISTRATE ROWLAND** |
| **Director of the Federal Bureau of Investigation in his** ) | |
| **official capacity only; THE FEDERAL BUREAU OF** ) | |
| **INVESTIGATION; JEH JOHNSON, Secretary of the** ) | |
| **United States Department of Homeland Security; and** ) | |
| **THE UNITED STATES DEPARTMENT OF** ) | |
| **HOMELAND SECURITY,** ) | |
| ) | |
| **Defendants.** ) | |

**MOTION FOR PRELIMINARY INJUNCTION**
**AND TEMPORARY RESTRAINING ORDER**

Plaintiff, Buruji Kashamu, through his attorneys, files this Motion for Preliminary Injunction

pursuant to Fed. R. Civ. P. Rule 65. Plaintiff seeks a preliminary injunction enjoining Defendants

(hereinafter collectively "the United States"), and its employees and agents, from all efforts to abduct

Kashamu from Nigeria or any other foreign country to transport him directly to the United States

and/or from all efforts to abduct Kashamu from any foreign county to another foreign country for

the purpose of transporting him to the United States. In the absence of an agreement by the United

States not to abduct Kashamu while this Motion is being considered by the Court, Plaintiff seeks a

temporary restraining order granting the above-mentioned relief while the Court is considering this

Motion. In support thereof, Plaintiff states as follows:

1.       As set forth in his Complaint (and by Affidavit evidence which Plaintiff will file

after seeking a determination from the Court as to whether said evidence should be filed under seal), Plaintiff Kashamu has received information leading him to believe that he will be subject to an imminent illegal abduction in Nigeria by United States and Nigerian law enforcement officials designed to transport him to the United States to stand trial on pending alleged drug offenses without going through the extradition procedures set forth in the extradition treaty between the United States and Nigeria and Nigerian law (as incorporated by said treaty).

2.      Kashamu has recently been democratically elected a Senator in Nigeria's recent national elections and plans to be sworn in on or about May 29, 2015. Kashamu's belief that he will be subject to imminent illegal abduction is based on specific information that he has received indicating that his political opponents are conspiring with specific individuals in the United States government to illegally abduct him and transfer him to the United States to ensure that he does not take his democratically elected position as Senator.

3.      Kashamu alleges that said abduction would constitute an unlawful seizure and arrest in violation of 22 USC §2291(c)(referred to herein as "the Mansfield Act") and Fed. Crim. Proc. R. 4(c)(2). In addition, Kashamu alleges that said abduction would be in violation of the right to be free from unlawful seizure and arrest and from the deprivation of life and liberty without due process of law, as set forth in the extradition treaty between the United States and Nigeria, and as set forth under the United States Constitution.

4.      As set forth in the attached Affidavit of Robert R. Cohen, Plaintiff caused the Summons and Complaint in this action to be served, by hand delivery, in an envelope addressed to the United States Attorney for the Northern District of Illinois, on April 14, 2015 and caused this Motion and the Memorandum in Support thereof filed herewith to be served by hand delivery, in an

2

envelope addressed to the United States Attorney for the Northern District of Illinois, on April 20, 2015. Plaintiff also will cause this Motion to be served by hand delivery, in an envelope, addressed to United States Attorney assigned to the criminal case in which the relevant arrest warrant and indictment was issued, on April 20, 2015. In addition, Plaintiff has caused copies of the summons and Complaint to be sent to each Defendant by certified mail (pursuant to Fed. R. Civ. P. 4), on April 15, 2015, and will cause a copy of this motion to be sent to each Defendant by regular mail on April 20, 2015.

5.      Plaintiff's arguments for entry of the requested relief is set forth in the Memorandum of Law in Support of this Motion filed herewith.

Wherefore, Kashamu prays that the Court enter a preliminary injunction enjoining the United States, and its employees and agents, from all efforts to abduct Kashamu from Nigeria or any other foreign country to transport him directly to the United States; and/or from all efforts to abduct Kashamu from any foreign county to another foreign country for the purpose of transporting him to the United States.

Respectfully submitted,

s/Robert R. Cohen
Robert R. Cohen

Robert R. Cohen, ARDC No. 6193698
rcohen@frankelandcohen.com
Scott J. Frankel, ARDC No.  6195429
sfrankel@frankelandcohen.com
Frankel & Cohen
Attorneys for Plaintiff
53 W. Jackson Blvd., Suite 1615
Chicago, Illinois 60604
(312) 759-9600

Date: April 20, 2015

3