UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **BURUJI KASHAMU,** )<br>)<br>  Plaintiff, )<br>) **CASE NO. 15 C 3159**<br>  v. )<br>)<br>**ERIC HOLDER,** Attorney General of the United States )<br>in his official capacity only; **THE UNITED STATES** ) **JUDGE COLEMAN**<br>**DEPARTMENT OF JUSTICE; JAMES COMEY,** ) **MAGISTRATE ROWLAND**<br>Director of the Federal Bureau of Investigation in his )<br>official capacity only; **THE FEDERAL BUREAU OF** )<br>**INVESTIGATION; JEH JOHNSON,** Secretary of the )<br>United States Department of Homeland Security; and )<br>**THE UNITED STATES DEPARTMENT OF** )<br>**HOMELAND SECURITY,** )<br>)<br>  Defendants. ) | |

### DECLARATION OF ROBERT R. COHEN

1.  As one of the counsel for Plaintiff in the above-captioned action, I caused the Summons and Complaint in this action to be served by hand delivery in an envelope addressed to the United States Attorney for the Northern District of Illinois on April 14, 2015 and caused Plaintiff's Notice of Motion and Motion for Preliminary Injunction and Temporary Restraining Order to be served by hand delivery in an envelope addressed to the United States Attorney for the Northern District of Illinois on April 20, 2015. I also caused the above-mentioned Notice of Motion and Motion to be served by hand delivery in an envelope addressed to United States Attorney Diane MacArthur, who is assigned to the criminal case in which the relevant arrest warrant and indictment was issued, on April 20, 2015. In addition, I have caused copies of the summons and Complaint to be sent in an envelope addressed to each Defendant by certified mail (pursuant to Fed. R. Civ. P. 4)

on April 15, 2015, and a copy of the above-mentioned Notice of Motion and Motion to be sent in an envelope addressed to each Defendant by regular mail on April 20, 2015.

**I, Robert R. Cohen, in accordance with 28 U.S.C. sec. 1746, declare under penalty of perjury that the foregoing is true and correct. Executed on April 17, 2015.**

                                              Respectfully submitted,

                                              s/Robert R. Cohen
                                              Robert R. Cohen

Robert R. Cohen, ARDC No. 6193698
rcohen@frankelandcohen.com
Frankel & Cohen
Attorneys for Plaintiff
53 W. Jackson Blvd., Suite 1615
Chicago, Illinois 60604
(312) 759-9600

Date: April 20, 2015