UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **BURUJI KASHAMU,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 15 C 3159 |
| v. ) | |
| ) | |
| **ERIC HOLDER,** Attorney General of the United States ) | |
| in his official capacity only; **THE UNITED STATES** ) | JUDGE COLEMAN |
| **DEPARTMENT OF JUSTICE; JAMES COMEY,** ) | MAGISTRATE ROWLAND |
| Director of the Federal Bureau of Investigation in his ) | |
| official capacity only; **THE FEDERAL BUREAU OF** ) | |
| **INVESTIGATION; JEH JOHNSON,** Secretary of the ) | |
| United States Department of Homeland Security; and ) | |
| **THE UNITED STATES DEPARTMENT OF** ) | |
| **HOMELAND SECURITY,** ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

TO:   See Certificate of Service List

PLEASE TAKE NOTICE, on April 23, 2015, at 8:45 a.m. or as soon thereafter as may be heard, I shall appear before Judge Sharon Johnson Coleman in the courtroom usually occupied by her, at the U.S. District Court for the Northen District of Illinois and present the attached Motion.

s/Robert R. Cohen<br>
Robert R. Cohen

Robert R. Cohen (ARDC No. 6193698)
Frankel & Cohen
53 West Jackson, Ste. 1615
Chicago, IL 60604
Phone: (312)759-9600
Email: rcohen@frankelandcohen.com

## CERTIFICATE OF SERVICE

I, Robert R. Cohen, an attorney, certify that a copy of the attached Notice of Motion and Motion on the Defendants on April 20, 2015 as follows:

1. By hand delivery in an envelope addressed to Zachary T. Fardon, United States Attorney for the Northern District of Illinois, Eastern Division, 219 S. Dearborn, 5th Floor, Chicago, IL 60604, on April 20, 2015.

2. By hand delivery in an envelope addressed to United States Attorney Diane MacArthur, 219 S. Dearborn, 5th Floor, Chicago, IL 60604, on April 20, 2015.

3. By regular mail to Defendants in envelopes addressed as follows on April 20, 2015:

Eric Holder, Attorney General
950 Pennsylvania Avenue, NW
Washington D.C. 20530-0001

United States Department of Justice
950 Pennsylvania Avenue, NW
Washington D.C. 20530-0001

James Comey, Director
Federal Bureau of Investigation
935 Pennsylvania Avenue, NW
Washington D.C. 20535-0001

Federal Bureau of Investigation
935 Pennsylvania Avenue, NW
Washington D.C. 20535-0001

The Honorable Jeh Johnson
Secretary of Homeland Security
Washington, D.C. 20528

Mail Operations Program Manager
MGMT/CRCSO/Mailstop 0075
Department of Homeland Security
245 Murray Lane SW
Washington, D.C. 20528

s/Robert R. Cohen