UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Buruji Kashamu
                   Plaintiff,

v.                                            Case No.: 1:15−cv−03159
                                              Honorable Sharon Johnson Coleman

Eric Holder, et al.
                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 22, 2015:

       MINUTE entry before the Honorable Sharon Johnson Coleman: Plaintiff's motion for preliminary injunction and TRO [5] is withdrawn without prejudice. No appearance required on 4/23/2015.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.