## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Buruji Kashamu
                  Plaintiff,

v.                                      Case No.: 1:15–cv–03159
                                                    Honorable Charles R. Norgle Sr.

Eric Holder, et al.
                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 19, 2015:

       MINUTE entry before the Honorable Charles R. Norgle: Motion to dismiss [26] is granted. Motion hearing held on 6/19/2015. Plaintiff is given leave to file an amended complaint on or before 8/28/2015. A status hearing is set for 7/14/2015 at 10:00 a.m. Civil case terminated. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.